NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| AMADOU WANE, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )  Case No. 2D16-2680 |
| | ) |
| U.S. BANK NATIONAL ASSOCIATION, AS | ) |
| TRUSTEE FOR BEAR STEARNS ASSET | ) |
| BACKED SECURITIES I TRUST | ) |
| 2005-AC2, ASSET-BACKED | ) |
| CERTIFICATES, SERIES 2005-AC2, | ) |
| | ) |
| Appellee. | ) |
| | ) |

Opinion filed March 7, 2018.

Appeal from the Circuit Court for Pinellas
County; Mark I. Shames and Thomas H.
Minkoff, Judges; and Marion L. Fleming,
Senior Judge.

Amadou Wane, pro se.

Michele L. Stocker of Greenberg Traurig,
P.A., Fort Lauderdale; and Kimberly S.
Mello and Vitaliy Kats of Greenberg Traurig,
P.A, Tampa, for Appellee.

PER CURIAM.


              Affirmed.

NORTHCUTT, SILBERMAN, and MORRIS, JJ., Concur.